ACCEPTED
03-15-00262-CV
6768069
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 3:11:09 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00262-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 3:11:09 PM
JEFFREY D. KYLE
Clerk

_____

**TEXAS ASSOCIATION OF ACUPUNCTURE
AND ORIENTAL MEDICINE,**
*Appellant*,
**v.**
**TEXAS BOARD OF CHIROPRACTIC EXAMINERS AND
YVETTE YARBROUGH, EXECUTIVE DIRECTOR
IN HER OFFICIAL CAPACITY,**
*Appellees*.

_____

On Appeal from the 201st Judicial District Court
Of Travis County, Texas
Cause No. D-1-GN-14-000355

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLEES' BRIEF**

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

JOE H. THRASH
Assistant Attorney General
State Bar No. 19995500
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4203
Facsimile: (512) 320-0167
Joe.thrash@texasattorneygeneral.gov

ATTORNEYS FOR APPELLEES

MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

Appellees, the Texas Board of Chiropractic Examiners, and Yvette Yarbrough, Executive Director in her official capacity, ("TBCE") respectfully ask this Court for an extension of time to file Appellees' Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). TBCE's brief is due September 9, 2015. TBCE respectfully requests an additional thirty days in which to file its brief, making the brief due to be filed on or before October 9, 2015. This is TBCE's first request for an extension. Appellant is not opposed to this request.

This extension is needed due to the undersigned counsel's extensive duties in connection with implementation of legislative changes and other duties to his client agencies. This request is not made for purposes of delay, but to allow the undersigned counsel time to properly prepare Appellees' Brief, and so that justice can be done.

For the above reasons, TBCE respectfully requests that the Court grant this unopposed motion and extend the deadline for filing TBCE's brief up to and including October 9, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division


 /s/ Joe H. Thrash
JOE H. THRASH
Bar No. 19995500
Assistant Attorney General
Administrative Law Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:   (512) 475-4203
Facsimile:    (512) 320-0167
Joe.Thrash@texasattorneygeneral.gov
ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Appellees certifies that he has conferred with counsel for Appellant regarding the foregoing request for an extension of time, and has been advised that she is unopposed to this request.

/s/ Joe H. Thrash
JOE H. THRASH
Assistant Attorney General

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Appellees' Brief was served via e-serve and e-mail on this the 2nd day of September, 2015 to the following:

Craig T. Enoch                      Via electronic service and email
ENOCH KEVER PLLC
600 Congress Avenue
Suite 2800
Austin, Texas 78701
cenoch@enochkever.com
Melissa A. Lorber
mlorber@enochkever.com
Telephone: (512) 615-1200
Facsimile: (512) 615-1198
Attorneys for Plaintiff Texas Association of
Acupuncture and Oriental Medicine


/s/ Joe H. Thrash
JOE H. THRASH
Assistant Attorney General